

FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ALEKSANDER MEZHBEIN,

           Petitioner,

           v.

CALIFORNIA BOARD OF PAROLE HEARINGS,

           Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-9646-DOC (MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition.

Dated: April 22, 2011

*David O. Carter*

David O. Carter
United States District Judge