JS - 6/ENTER

```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

     APR 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEKSANDER MEZHBEIN, )<br><br>      Petitioner, )<br><br>      v. )<br><br>CALIFORNIA BOARD OF PAROLE )<br>HEARINGS, )<br><br>      Respondent. )<br>_____ ) | Case No. CV 10-9646-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied.

Dated: April 22, 2011

*David O. Carter*

David O. Carter
United States District Judge

```
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

     APR 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```